IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES FIDELITY &
GUARANTY COMPANY,

        Plaintiff,

        vs.

SHAMAL CONSTRUCTION, S.E., et
al.,

        Defendants.

CIVIL NO. 06-1059 (JP)



RECEIVED
& FILED
MAR 3 0 2006
CLERK'S OFFICE
ANNEX
U.S. DISTRICT COURT
OLD SAN JUAN, P.R.

**FINAL JUDGMENT**

The parties have advised the court that they have settled this case in the terms thereof.   Pursuant thereto the Court enters judgment for the plaintiff to have and recover the sum of eight hundred thousand dollars ($800,000.00) from the defendants, indemnitors herein, jointly and severally, through a Manager's Check or money order to be delivered to United States Fidelity & Guaranty Company's legal representation at the law offices of Alvarado, Viñas & Fernández, P.S.C.   Further, the Stipulation for Entry of Judgment (No. 15) is fully incorporated hereto, and constitutes a substantive part of this judgment.

This judgment is firm, final and unappealable from the moment it is entered, and is entered without the imposition of costs or attorney's fees other than those provided for in the Stipulation for Entry of Judgment.

CIVIL NO. 06-1059 (JP)              -2-

The Court shall retain jurisdiction for the purpose of enforcing this judgment.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this *30th* day of March, 2006.

_____
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

Agreed to:

_____
LESLIE ALVARADO-JA PIERAS, ESQ.
Counsel for Plaintiff

_____
JOSE A. RIVERA-CORDERO, ESQ.
Counsel for Defendants